# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SEBASTIAN TRAMELL MOORE                                        PLAINTIFF

v.                          No. 3:19-cv-386-DPM

BARNES, Sergeant, Greene County;
BRENT COX, Admin., Greene County Jail;
RUBY, Sergeant, Greene County Jail;
and DOE, Greene County Jail Policy                             DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 8. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Moore's amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2020