# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SEBASTIAN TRAMELL MOORE                                              PLAINTIFF

v.                           No. 3:19-cv-386-DPM

BARNES, Sergeant, Greene County;
BRENT COX, Admin., Greene County Jail;
RUBY, Sergeant, Greene County Jail;
and DOE, Greene County Jail Policy                                  DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 February 2020